IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No.   05-167 WHA |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER RE: APPOINTMENT |
| v. | ) | OF COUNSEL |
| | ) | |
| EMILE FORT | ) | |
| | ) | |
| Defendant. | ) | |

Good cause appearing and pursuant to 18 U.S.C. § 3005, Michael Thorman is designated learned counsel and Michael Satris is designated second counsel for Emile Fort in the above entitled indictment.

It is so ORDERED.

Dated:  December 2. 2005

_____
Judge William Alsup
United States District Judge

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

ORDER