|   |   |
|---|---|
| IN THE UNITED STATES DISTRICT COURT | |
| FOR THE NORTHERN DISTRICT OF CALIFORNIA | |

| UNITED STATES OF AMERICA, | ) CR No.   05-167 WHA |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER RE: APPOINTMENT OF COUNSEL |
| EMILE FORT | ) |
| Defendant. | ) |

Good cause appearing and pursuant to 18 U.S.C. § 3005, Michael Thorman is designated learned counsel and Michael Satris is designated second counsel for Emile Fort in the above entitled indictment.

It is so ORDERED.

Dated: December 2. 2005

_____
Judge William Alsup
United States District Judge

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

ORDER