IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

EDGAR DIAZ, RICKEY ROLLINS, DON JOHNSON, ROBERT CALLOWAY, DORNELL ELLIS, EMILE FORT, CHRISTOPHER BYES, PARIS RAGLAND, RONNIE CALLOWAY, ALLEN CALLOWAY, and REDACTED DEFENDANTS Nos. ONE & TWO,

    Defendants.

No. CR 05-00167 WHA

**ORDER RE DEFENDANT FORT'S JOINDER IN MOTION FOR SANCTIONS**

    Defendant Emile Fort purports to join in a motion for sanctions. Parties may only move for sanctions if their counsel and investigators filed certifications agreeing to abide by the protective order governing access to discovery implicating witness security. In addition, they must have asked the government for such discovery (Tr. of Proceedings at 119, June 28, 2006). Mr. Fort did not file anything to indicate he filed such a request. He should file evidence of such a request by **NOON, THURSDAY, JULY 6, 2006**.

    **IT IS SO ORDERED.**

Dated: July 5, 2006

                  WILLIAM ALSUP
                  UNITED STATES DISTRICT JUDGE