IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>EDGAR DIAZ, RICKEY ROLLINS,<br>DON JOHNSON, ROBERT CALLOWAY,<br>DORNELL ELLIS, EMILE FORT,<br>CHRISTOPHER BYES, PARIS<br>RAGLAND, RONNIE CALLOWAY,<br>ALLEN CALLOWAY, and REDACTED<br>DEFENDANTS NOS. ONE & TWO,<br><br>    Defendants.<br>                           / | No. C 05-00167 WHA<br><br>**ORDER RE EX PARTE REQUEST<br>FOR SUBPOENA DUCES TECUM** |

    The Court has received Mr. Thorman's ex parte declaration and related documents on behalf of defendant Emile Fort for the issuance of the a subpoena duces tecum. Mr. Thorman's declaration explained that the government does not oppose issuance of the subpoena. This order **AUTHORIZES** issuance of the subpoena attached to Mr. Thorman's declaration filed on September 29, 2006.

    **IT IS SO ORDERED.**

Dated: October 2, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE