IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR DIAZ, RICKEY ROLLINS,<br>DON JOHNSON, ROBERT CALLOWAY,<br>DORNELL ELLIS, EMILE FORT,<br>CHRISTOPHER BYES, PARIS<br>RAGLAND, RONNIE CALLOWAY,<br>ALLEN CALLOWAY, and REDACTED<br>DEFENDANTS NOS. ONE & TWO,<br><br>Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. CR 05-00167 WHA<br><br><br>**ORDER RE MOTION FOR<br>LEAVE FOR LATE FILING<br>NOTICE OF INTENT TO SEEK<br>THE DEATH PENALTY AGAINST<br>EMILE FORT** |

Counsel for defendant Fort is ordered to file an opposition or other response to the government's Motion for Leave for Late Filing Notice of Intent to Seek the Death Penalty Against Emile Fort by **9:00 A.M. ON OCTOBER 5, 2006.**

**IT IS SO ORDERED.**

Dated: October 4, 2006

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE