MICHAEL P. THORMAN, SBN 063008
Bonjour, Thorman, Baray & Billingsley
24301 Southland Dr. Ste 312
Hayward, CA 94545
Telephone: (510) 785-8400
Facsimile: (510) 670-0955
Email: michael@btbandb.com

MICHAEL SATRIS, 067413
Law Offices of Michael Satris
Post Office Box 337
Bolinas, CA 94924
Telephone: (415) 868-9209
Facsimile: (415) 868-2658
Email: satris@sbcglobal.net

Attorneys for Defendant Emile Fort

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>RAYMON MILBURN, et al.,<br><br>         Defendants. | No. CR 05-00167 WHA<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER SETTING BRIEFING AND HEARING SCHEDULE** |

The parties stipulate to the following briefing and hearing schedule on defendant Fort's motion to present evidence at penalty trial of relative culpability and imposition of the death penalty as disparate punishment:

1. Motion with Offer of Proof due December 22, 2008.
2. Response to motion due January 5, 2009.
3. Reply to Response due January 12, 2009.

1      4.     Hearing on motion to be set for January 28, 2009, at 2:00 p.m.

2      DATED:     December 3, 2008, 2008

Respectfully submitted,

MICHAEL P. THORMAN
MICHAEL SATRIS

    /s/     *Michael Satris*
Attorneys for Emile Fort


    /s/
JOSEPH P. RUSSONIELLO
C. DAVID HALL
KRISTA TONGRING
Attorneys for Plaintiff
United States of America

IT IS SO ORDERED.

DATED: ___December 5, 2008___, 2008

WILLIAM H. ALSUP
United States District Judge

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED — Judge William Alsup]*

2