JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

C. DAVID HALL (CSBN 66081)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7168

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05-0167 WHA |
| Plaintiff, ) ) | STIPULATION OF THE PARTIES REGARDING MOTION TO PRESENT EVIDENCE OF RELATIVE CULPABILITY AND [PROPOSED] ORDER |
| v. ) ) | |
| EMILE FORT, ) ) | |
| Defendant. ) ) | Date: January 28, 2009<br>Time: 2:00 p.m. |

   The United States and the Defendant agree and stipulate that the government shall file its opposition to the above entitled motion by January 12, 2009 and the defendant shall reply by January 19, 2009.

   SO AGREED AND STIPULATED:

DATED: _____     /s/
                                                       C. DAVID HALL
                                                       Assistant United States Attorney

DATED: _____     /s/
                                                       MICHAEL THORMAN
                                                       Attorney for the Defendant Fort

**SO ORDERED:**

   December 31, 2008                      _____
                                                       HON. WILLIAM ALSUP
                                                       UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED ORDER
[CR-05-0167 ] [WHA]