IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

EMILE FORT,

    Defendant.
_____/

No. CR 05-0167 WHA

**FINDINGS RE ENTRY OF GUILTY PLEA**

      These written findings state more succinctly the findings made on the record at yesterday's plea hearing. The Court finds that defendant Emile Fort was fully competent and capable of entering an informed plea, that he was aware of the nature of the charges and the consequences of the plea at the hearing, and that his plea of guilty to count two of the Second Superseding Indictment was knowing and voluntary and supported by an independent basis in fact containing each of the essential elements of the offense. His plea was therefore accepted and defendant was adjudged guilty of that offense. Acceptance of the Rule 11(c)(1)(C) plea agreement was deferred pending the sentencing hearing. The Court finds that defendant Fort has knowingly and intelligently waived his right to a jury trial and all associated rights as well as his right to continue with the then-pending trial before the jury already sworn and that he knowingly and voluntarily waived his Speedy Trial and Double Jeopardy rights by reason of his plea and motion for mistrial.

Dated: March 4, 2009.

                                                   WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE